Leland Eugene Backus, Esq.
Nevada State Bar No. 00473
Xiao Wen (Shirley) Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
gbackus@backuslaw.com
shirleyjin@backuslaw.com
*Attorneys for Plaintiff Gil Elnatan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GIL ELNATAN,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL PERLA, DOES 1 through 10,<br><br>Defendants. | Case No.: 2:19-cv-00171-JAD-CWH<br><br>**STIPULATION AND ORDER RE: WITHDRAWAL OF MOTION TO REMAND (ECF NO. 8), MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b) (ECF NO. 21), AND MOTION FOR LEAVE TO AMEND COMPLAINT (ECF NO. 27); AND RE: FILING OF SECOND AMENDED COMPLAINT** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 12, 2018, Plaintiff Gil Elnatan ("Plaintiff") filed a complaint against Defendant Daniel Perla ("Defendant") in the Eighth Judicial District Court for Clark County, Nevada;

WHEREAS, Plaintiff filed an Amended Complaint on January 10, 2019;

WHEREAS, on January 29, 2019, Defendant removed this action to the United States District Court, District of Nevada;

WHEREAS, on February 1, 2019, Plaintiff filed a Motion to Remand (ECF No. 8);

WHEREAS, on February 11, 2019, Defendant field a Motion to Dismiss Pursuant to F.R.C.P. 12(b) (ECF No. 21);

1. WHEREAS, on February 25, 2019, Plaintiff filed a Motion for Leave to Amend Complaint (ECF No. 27);

WHEREAS, the Motion to Remand (ECF No. 8), Motion to Dismiss Pursuant to F.R.C.P. 12(b) (ECF No. 21), and the Motion for Leave to Amend Complaint (ECF No. 27) have not been heard by the Court;

WHEREAS, the Parties have been engaged in discussions regarding the Motion to Remand (ECF No. 8), Motion to Dismiss Pursuant to F.R.C.P. 12(b) (ECF No. 21), and Motion for Leave to Amend Complaint (ECF No. 27);

WHEREAS, NOW THEREFORE, the Parties hereby jointly stipulate and request as follows:

1. Plaintiff hereby withdraws his Motion to Remand (ECF No. 8) and Motion for Leave to Amend Complaint (ECF No. 27);
2. Defendant hereby withdraws his Motion to Dismiss Pursuant to F.R.C.P. 12(b) (ECF No. 21);
3. Defendant hereby consents to Plaintiff filing a Second Amended Complaint to dismiss his claim for injunctive relief and add injunctive relief as a component of his prayer for relief; and
4. The hearing on Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b) (ECF No. 21) set for March 11, 2019 at 2 p.m. is vacated.

IT IS SO STIPULATED.

DATED: this 7th day of March, 2019.                    DATED: this 7th day of March, 2019.

**COOK & KELESIS, LTD.**                               **BACKUS, CARRANZA & BURDEN**

By: /s/ Marc P. Cook                                   By: /s/ Leland Eugene Backus
Marc P. Cook, Esq.                                     Leland Eugene Backus, Esq.
Nevada State Bar No. 04574                             Nevada State Bar No. 00473
517 South Ninth Street                                 3050 South Durango Drive
Las Vegas, NV 89101                                    Las Vegas, NV 89117
*Attorneys for Defendant*                              *Attorneys for Plaintiff*

**ORDER**

The Court, having read and considered the above Stipulation and with good cause appearing, orders as follows:

1. The Stipulation is APPROVED;
2. Plaintiff's Motion to Remand (ECF No. 8) is withdrawn;
3. Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b) (ECF No. 21) is withdrawn;
4. Plaintiff's Motion for Leave to Amend Complaint (ECF No. 27) is withdrawn;
5. Plaintiff shall have leave to file a Second Amended Complaint within ten (10) days after entry of this order; and
5. The hearing on Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b) (ECF No. 21) set for March 11, 2019 at 2 p.m. shall be VACATED.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: __3/7/2019