Leland Eugene Backus, Esq.
Nevada State Bar No. 0473
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel: (702) 872-5555
Fax: (702) 872-5545
gbackus@backuslaw.com
*Attorneys for Plaintiff Gil Elnatan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GIL ELNATAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL PERLA,<br><br>　　　　Defendant. | Case No.: 2:19-cv-00171-JAD-DJA<br><br><br>ECF No. 56 |

## **STIPULATION AND ORDER FOR DISMISSAL**

It is hereby stipulated and agreed, by and between the parties through their respective counsel, that this civil action may be dismissed with prejudice.

///
///
///
///
///
///
///
///

It is further stipulated and agreed, by and between the parties through their respective counsel, that each side will bear his own fees and costs incurred.

DATED: this 20th day of December, 2019.　　　DATED: this 20th day of December, 2019.

**COOK & KELESIS, LTD.**　　　　　　　　　　　**BACKUS, CARRANZA & BURDEN**

By: /s/ Marc P. Cook　　　　　　　　　　　　　By: /s/ Leland Eugene Backus
Marc P. Cook, Esq.　　　　　　　　　　　　　　Leland Eugene Backus, Esq.
Nevada State Bar No. 04574　　　　　　　　　　Nevada State Bar No. 00473
Julie L. Sanpei, Esq.　　　　　　　　　　　　　Xiao Wen Jin, Esq.
Nevada State Bar No. 05479　　　　　　　　　　Nevada State Bar No. 13901
517 South Ninth Street　　　　　　　　　　　　3050 South Durango Drive
Las Vegas, NV 89101　　　　　　　　　　　　　Las Vegas, NV 89117
*Attorneys for Defendant*　　　　　　　　　　　*Attorneys for Plaintiff*

### **ORDER**

Based on the parties' stipulation **[ECF No. 56]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____ 1/3/20
U.S. DISTRICT COURT JUDGE